We will hear argument first today in No. 2011-1304, Department of Energy v. BOEING Company. Ms. Kirchner. May it please the Court, the Board's interpretation of the award proceeding as meeting an individual claim or count brought in a legal action, and its requirement that the contractor recover the cost that relates solely to claims where it succeeded should be reversed because it is an unreasonable interpretation of the contract clause and the relevant statute. Everything that this Court needs to decide this case, the government's appeal, can be found in the contract clause. The contract clause contains two different words. It contains the word proceeding and the word charge. Where a single contract clause contains two different terms, those two terms are not construed as having the same meaning. The parties agree that the term charge means the same thing as claim. Proceeding, therefore, cannot mean the same thing. It cannot mean a claim or part of a claim in a legal action. Mr. Kirchner, it seems to me that the whole problem here is a drafting problem, and I have looked at the clause in question again and again, and I am really hard-pressed to make sense of the language pleaded found libel or pleaded no contendering to a charge of fraud or similar proceeding. It just seems that someone used a word that was not what they had in mind. Is there an interpretation of that language that makes good sense or makes sense in the normal usage of English words? Or do you think that that's just sort of a scrivener's error that has to be dealt with as best we can? I think it does make sense because the similar proceeding is then followed, it appears twice in the clause. And each time it is followed by the phrase, including filing of any false certification. And for example, the filing of a false certification could be on a government contract where the contractor puts in a false certification that it is a small business. And if that is, that's one example, the Jets case that this court decided had those facts at issue. So if you have a situation where the contractor puts in a false certification, then the clause covers that as well. So here, the use of the term proceeding is very broad. It is modified by civil, criminal, so that you can have a civil proceeding, a criminal proceeding, all of that would be covered. Or you could have a similar proceeding, which could include, for example, filing of any false certification. I would point out that the clause recognizes that all that needs to be found in order for the cost to be unallowable is simply for there to be a finding of liability. And it recognizes that you could have a situation where there is a single proceeding involving the contractor, its agent, or its employee. You could have multiple charges of fraud in a single proceeding. All that is necessary to find all of the costs of the proceeding unallowable is for one of those three parties to be found liable. If one of those three parties is liable, all are unallowable. So I think the clause itself makes clear that proceeding means something different from charge, something different from claim. But if I can return with you again to the language that I just read, I'm having a hard time seeing how to read the word proceeding. It's in the alternative, at least it seems to me, to a charge of fraud or similar proceeding. Does the word proceeding serve as the alternative to the word charge of fraud or the word fraud? How do you read the word proceeding there with respect to found liable or has pleaded no low contender? I read it as that there is a similar proceeding. For example, one involving filing of a false certification. If you have a false certification in a finding that someone put in a false assuming the government wins would be unallowable. Well, wouldn't it make more sense then under your theory if that last sentence said to a charge of fraud or to a claim or charge in a similar proceeding? That would be another way of writing the... Grammatically that would then help support you, but here they seem to be equating charge of fraud to proceeding. I don't think the clause does that because it starts up front with defense of any civil or criminal fraud proceeding, which is very broad. We know what a civil proceeding is. We know what a criminal proceeding is. Those are legal actions. And as it says, they would be fraud actions. For example, a false claims action, which could be either civil or criminal in that case. Is there such a thing as a civil charge? Excuse me, a civil charge? I think charge is used here as claim and the parties agree that it means claim. It looks to me like... I mean, I have a lot of issues with this language and it appears that it was lifted from the statutory language, which was an attempt to write broadly, but it gets awfully confusing and it looks like there's a lot of internal contradiction in it. Well, I think I've gone through our arguments as to why the plain language here is that the two terms mean two different things. And all that was necessary... This is actually a very easy case. All you had here was one civil action with multiple charges and a finding of liability in the government's favor on some of the false claims. But let's go back. I know that you're happy with the language, but we're not. And who drew that contract language in the standard contract? There is no finding of fact on that point. The board found specifically that it was no evidence as to who drew the language. Now, if the court concludes that this is ambiguous, the board's decision is still wrong and still needs to be reversed because it was based on... Aren't those standardized GOCO contracts? This clause is nearly identical with the language in the statute and was adopted after the statute was issued in the... It'd be in a Pantex contract or a Sandia contract or any of the government owned entities, right? This contract clause? No, no. For example, the Department of Defense, for its contracts, incorporates the FAR provisions which interpret the clause. So they would simply incorporate FAR 31.205-47, I believe is the correct number. And that's the way that they bring in the clause, by incorporating the FAR regulation. It's the Department of Energy contract that has this clause. But doesn't DOE contract with people who... Various entities that design, manufacture, test, produce. Pantex does one part. Rockwell does another part. This clause is used in DOE contracts. And it's used in all of them, isn't it? Since the time that the statute went into effect. So we sort of know that it's coming from one side rather than the other, don't we? Oh, I see where you're on this going. The assumption being that the government drafted this clause. Well, the board made no finding on that point, said that there was nothing in the record showing how the clause came to be. The clause is nearly identical with the statute. The only additions to the statutory language is the addition of the contractor, its agent, or employee. So that was added into the contract clause. Now, as I said... No, I think it's the statute. There's this language, and the statute was inserted pretty much at the last minute. There was a substitution of language, which was done late in the show by a representative. The name escapes me, but is that not correct? It was done after the 1986 contract was signed, as a modification. And it's done... I'm talking about the statutory language. The statute... When the statute was first enacted, it contained language that's similar to this contractual language. My understanding was that the language that we're finding problematical was inserted pretty much at the last minute by a congressman who wanted to solve the problem. Oh, I'm sorry. I didn't understand your question. I wasn't there. Yes, that's correct. That is exactly correct, and it's shown in the legislative history. That's detailed in the brief. And the comment was that it was intended to strengthen the language, not to weaken it, but to strengthen it. But there is... No, you refer repeatedly to the legislative history as supporting your position in your brief, but there's nothing in the legislative history that actually addresses the word proceeding. That's true, but what the legislative history does show is that the Congress was aware of FAR 31.20547 and did not disapprove of the regulation. But that's not incorporated into the contract, is it? No, it's not incorporated into the contract. But the way the board erred, even if this court decides that the regulation... Excuse me, that the contract clause is ambiguous, the board's decision is still wrong because the board recognized that the contract clause was patterned after the act. So then what it should have done is look to the interpretive regulations. These regulations were published in the Federal Register, there were FAR regulations in final form, there were Department of Energy regulations giving its interpretation of the contract clause, and they were issued prior to the clause being adopted in the contract. But there are regulations that are not incorporated into this contract. On that basis, shouldn't we assume that they weren't intended to apply in these DOE contexts? No, no. The question is, how do you interpret the contract clause? And the government's interpretation was known at the time that the contract clause was adopted. It was published in the Federal Register as a proposed regulation, but the fact that it's proposed doesn't make any difference because it was the government's  interpretation. And under that circumstance, where the contractor knows the government's interpretation and agrees to a contract clause knowing the government's interpretation and having notice of it, the contractor's bound by the government's interpretation. And there's no contention that the government's interpretation is unreasonable. I'm running out of my time. Would you like to... I would like to save a minute. Very well. Thank you. I have a ton. I have a ton. Well, perhaps... Well, if you do, why don't we... We'll give you a little extra time. I think Judge Wallach has some questions. We'll give you some more in addition. Why don't you stand up again if you would? I think Judge Wallach had some questions. I do, just in general. In looking at the statutory background on this thing, it seems to me that all of these entities, Rockwell and the other GOCOs, in effect, are standing in the shoes of the government. They're in a very unique position. Can anybody else, other than the United States and its agents, legally manufacture this stuff? No. No. But that's not the issue here. This is a cost reimbursement contract. You can only... I'm aware it's a cost reimbursement contract. Right. But Boeing talks at length about the position into which it's put, in which the DOE is saying to it, hey, for a long time, you guys go ahead and do this stuff and we won't let anybody even look at what you're doing as far as environmental quality questions. Isn't that right? There was a finding here by the jury that Rockwell engaged in fraud on the government. That is not faithful performance of a government contract. And... Rockwell, in his reply brief, says, DOE does not contend that any willful or lack of good faith was involved in the production of concrete. Is that correct? What we are contending here is that... What Boeing is arguing is that the jury finding the verdict of no breach of contract means that there must have been faithful performance of the contract. That's not correct. As we pointed out, the jury instructions provide that you would have had a verdict for the defendant, even if you found, if the jury found breach of contract or found one of the affirmative defenses. And this is also pointed out in the Tenth Circuit's opinion in footnote 15, which is not cited by Boeing in its brief. And in footnote 15, the Tenth Circuit says that the jury also could have found breach of contract. The evidence was there. So we don't know precisely what the jury verdict means in the Stone case with respect to breach of contract. And here, where there is a finding of fraud on the contract, that could not have been faithful performance of this contract. And for that, I would just cite two decisions of this court. The... Excuse me, one is the Court of Claims. The Court of Claims decision in Dade Brothers, which talks about what it means to be faithful performance of the contract, and says that where you have costs which are not faithful performance of the contract, those could not be allowable costs. And secondly, this court's decision in Christopher Village, where the court recognized that any amount of fraud is material. I hope I've answered your question. Well, I'm Charles Moore. Thank you. Okay. Very well. Ms. Kovacs, can you add three minutes to Mr. Gallagher's time, just to even things out? And we will reserve two minutes for rebuttal for you, Ms. Kirchner. May it please the court. I would like to start with the cost in the 1989 to 1995 time period first. Because the Supreme Court decision in 2007 eliminated any basis on which to disallow any of those costs. The Supreme Court decision in the Stone-Quaytam case held that Stone was not an original source of any of the allegations in either his original 1989 complaint or the amended complaint that was filed in 1996, lodged in 1995 by the Attorney General. That finding is jurisdictional. And that means that when Stone brought his case in 1989, the district court did not have jurisdiction of it. And the Supreme Court further held that an intervention in 1995 by the United States did not make Stone's action one brought by the Attorney General. Court concluded that the elimination of Stone leaves in place an action pursued only by the Attorney General that can reasonably be regarded as being brought by him for purposes of the False Claims Act. But even if we agree with that proposition, that's a totally different time frame. There's still a lot of costs that you're seeking post-1995. There are. And the government says that at that point, there's no doubt that the government initiated a fraud proceeding. The government did initiate the proceeding. They lodged their complaint in 1995. It was filed in 1996. And I intend to address that. I just wanted to make clear that I believe the Supreme Court decision completely eliminates any basis for a disallowance of cost prior to 1995. And that's even under Clause E32, which is what the government relies upon, because there was no proceeding brought by the Attorney General pending during that period, pursuant to the Supreme Court opinion. Now, well, we can't say that, but what the board found is that a proceeding brought by someone else under Key Tan by a third party can be considered a proceeding brought by the government in appropriate circumstances. So it's not so much that there was no proceeding brought by the government, but there was no active proceeding at all, is what the Supreme Court essentially said. That's right. And the Supreme Court made it clear that the intervention by the government did not serve to salvage Stone's complaint that was filed in 1989. And frequently, that is the case in a Key Tan case. But you're not disagreeing with the board's proposition that, in fact, in a Key Tan, you could have an action or a proceeding within the meaning of this clause that is initiated by a third party and not by the government. That's correct. And frequently, there is a proceeding filed by a whistleblower. The government may not intervene for two, three, or four years, but when they intervene, they carry the relator's case forward, or at least some part of it. But in this case, what the Supreme Court said, there was no jurisdiction to start with in Stone's case. Therefore, there was no proceeding pending from 1989 to 1995. Okay. With respect to the post 1995, what is your response to the Supreme Court's claim that it was clear that at least the statutory provisions were intended to strengthen the proposition that contractors are not rewarded for fraudulent activity? Our response is that in... This is a unique case. This environmental cost clause that's in this contract, which was negotiated specifically for this contract, it's a clause you will not see in any other contract. Certainly, no Department of Defense contract has anything remotely close to this. Is it standard to the DOE? It is not. And my understanding is the ECC clause is only in this contract. The E32 clause were probably in other contracts, and particularly when DOE adopted their dash 20 regulatory provision, that would be a standard clause in a DOE contract as well, but not the ECC clause. And... The ECC clause was in other contracts, you just mean it was limited to this type of activity? I do not believe the ECC clause appears in any other contract. I believe it was specifically negotiated between Rockwell and DOE for this particular undertaking. And bear in mind, the wording is extraordinarily broad. It covers costs with respect to any and all liabilities, claims, damages, penalties arising out of or related to environmental activity. So there's nothing like it at hand for... I don't believe so. I don't believe this clause... Or at all, really. Appears anywhere else. This particular clause. And it was negotiated in the 1985, 1986 time period, when there was enormous procurement fraud pressure being brought by the government. And this location is in a... Geographically, a very environmentally conscious area. It was anticipated that there would be a lot of trouble. And that is the specific purpose for this clause. And the contract has another clause, which addresses litigation expenses at D4, that refers in turn to another clause that covers litigation and claims. And that appears to cover third party claims against Rockwell. And it makes those costs allowable under its government contract for third party claims. So... Well, you cite Abraham for the proposition that the ECC clause was more specific, and that was supposed to override this allowance provision. Couldn't you turn Abraham around on you and say that in this particular instance, the general clause is really the litigation clause, and litigation reimbursement clause, and that the more specific is the fraud disallowance clause? No, I don't believe the fraud clause, E32, is any more specific than the ECC clause. The fraud clause covers fraud... But is it more specific than the general cost reimbursement clause? It is more specific than that clause. But I think the ECC clause is just as specific as the fraud clause. The ECC clause specifically covers all these aspects of environmental activity. The fraud clause covers fraud, but it covers fraud not just for environmental activity, it covers all kinds of fraud, cost mischarging, bribery, whatever. So, I think both clauses are more specific than the general clause, the ECC clause. I don't think that the fraud clause is any more specific in terms of its subject matter than the ECC clause is. So, your argument on the ECC then is, even if the defendants had been found guilty of every single charge, that all of that money would be reimbursable because the ECC charge, trumps the fraud. I believe that's what the parties intended when they negotiated the ECC clause. But submitting false statements to the government, which is what Rockwell was found liable for under the False Claims Act, is not the same as an environmental penalty, is it? There are environmental penalties that are different than those penalties, that's true. There are various environmental statutes that have penalties associated with them that don't involve fraud. But any penalty that Rockwell faced because of the False Claims Act was a penalty that arose out of the submission of false information, not out of environmental violations, correct? But the acts which gave rise to the penalty were environmental activities. It was activity within the statement of work of the contract. Supposing we find that the board has the power to allocate costs. You say somewhere in here that Rockwell had an extraordinarily successful defense, something like that. You were remarkably, I think you use, is the term, and it seems to me that if I was a defense counsel and I was saying to my client, gee Rocky, we beat him on eight of them, you only got convicted on two. My client wouldn't think it was all that remarkable. And so my question is, supposing we send it back and tell the board, allocate common costs, how are you going to do it? Eight to two, 80% versus 20%? What kind of standard would we set for them? Well, you could use an objective standard such as there are 15 specific allegations in the case. Rockwell was found liable for three, so that presents one ratio. The government claimed 187 million dollars in damages, they recovered a million three, that's another potential ratio. But I think when you get to that question of apportionment, which was suggested in the Abraham case as a possibility, then I think the court has the discretion to decide what is a fair basis for distributing these costs. If you get to that stage, would you have, would the attorneys have adequate records so that both sides could look at them and determine what actually were common costs, that is, how they were allocated among those various charges? Well, I was not working on this case until this appeal, but I think it's fairly typical, I've done a lot of similar cases, where you cannot go back and for every entry on every day by every lawyer say that relates to this issue, that relates to that issue. If you made the effort over the 23 years that this case has been pending, it would probably cost a few million dollars to do it. I'm not at all unconvinced of that, looking at two-page footnotes. But supposing that the court says, the board says to you, fine, you're bearing the burden on this, if you can't show that this was allocated, then you don't get it. Well, and that would be a possible outcome, then the client would have to undertake that effort. Do you have any theory other than your Equal Access to Justice Act cases for how you would engage in such apportionment? You mean as a standard, Your Honor? Yes. That seems, the Equal Access to Justice Act seems like a totally inappropriate context. Well, it is a separate statute that specifically has its own specific provisions, I agree. I do not, I have not ever had experience in that kind of apportionment. So I think, as Judge Wallach says, that you put the burden on the contractor, and if the contractor can't sustain it, they may suffer the downside risk. But there are objective criteria that could be used, as we discussed a few minutes ago. If we disagree with you on the issue of common fees or apportionment, is there anything to remand for here? Well, I think the remand then would be, if you agree with us, then the remand would be for that purpose. If we disagree with you, is there anything left? Pardon me? If we disagree with you on common expenses, are there any? Well, if it's a common cost, then the defense costs. Are there any costs that are non-common? Well, certainly the, if you agree with us on 1989 to 1995, then no. Other than that? No, I don't think there are any costs that are not common costs between the defense costs, the lawyer costs, and the other related costs. The only other, well, I'd like to make two points. One is, the government relies on the general dynamics case. The general dynamics case has two significant differences from this case, at least two. One, it was decided under the Major Fraud Act. The Major Fraud Act was enacted in 1988. The acts which gave rise to the allegations of violation of the False Claims Act here, took place in 1987-1988. It was the 1986 contract that was in place, and therefore it would be the 1986 contract provisions that you would look to, not the 1988 Major Fraud Act, which has no relevance to this contract. And the second significant difference is that in general dynamics, there was no ECC clause, and no clause even remotely close to it. And so, I think, going back now to the apportionment issue, you do have the opportunity, I think, if you get to that point, of giving both clauses their intended effects, and on the ECC clause, of giving the parties' intention that Rockwell be protected where the determination is a finding of not liable for fraud. And I might add that there is no regulatory provision, not the E32, not 31-205-47, and not the all defense costs must be treated as unallowable. The government is careful in its briefing when it says, it repeatedly says all defense costs are unallowable, and frequently there's a quote, but it doesn't have the word all in the quote. They're very careful about not putting it in the quote, and that's because there is no provision that says all have to be unallowable. And that's true in the legislative history as well. So, I have nothing further. Very well. Thank you. Thank you, Mr. Youngman. Ms. Kirshner, two minutes for rebuttal. With respect to the environmental cost clause, that clause was adopted in 1986 for this contract. I believe that there are similar clauses, if not identical clauses, in other contracts, and I would ask the court, if it's interested in that issue, to look at the board's decision in the Abraham case, because I believe there are findings in that board decision that go further than that, and address other contracts. With regard to the, there were questions about the record keeping of the attorneys. We have two affidavits in the record of this case of the contracting officer and Kanaya Kani, the DOE attorney, I'm afraid I'm mispronouncing her name, but those two affidavits were made based on review of all of the records, and they state that the attorney records are not on a claim or count basis. There's no information on that. I think that's very significant, because if the part, if Rockwell really believed that this is what the contract required, that you allocate attorney fee costs on a claim by claim basis, Rockwell would have told its attorneys to keep your records such that you have your tasks tied to specific claims or parts of claims, and that's how the records would have been kept. The records were not kept that way, and I think that's another indication that Rockwell itself did not interpret the clause as it's arguing to the court today. What do you say with respect to the 1989 to 1995 period, the Stone-Malone period, call it? During that period, that's the same legal action, because the word proceeding should have been construed as legal action, then those costs should have been found to be... Supreme Court says that it is an action, once the U.S., the United States intervenes, it is an action brought by the United States. And I don't... But how about before the U.S. intervened? There's nothing in the Supreme Court's decision in Stone that says that the time frame prior to intervention is, as has been stated here today, a nullity, as if it didn't happen. Of course it's happened. Clearly, none of the actual charges on which they were found liable flowed at all from anything that Stone asserted. I don't think that's clear. The Supreme Court was very clear in saying that otherwise Stone would have been entitled to some recovery. No, that's not right. That's a misunderstanding of the Supreme Court's decision. What the Supreme Court held was, what did Stone have personal knowledge of that he then disclosed to the government? Something that he knew of himself. Right, that's how a CTAM gets started, if the relator has personal knowledge. And the Supreme Court said he had no personal knowledge of anything that ultimately the government charged him with. But what was... He didn't have to have knowledge of his own that got it to him. It was known already that there were problems at Rocky Flats. There had already been a spill of the concrete back in 1988, May of 1988, at Rocky Flats. And this was known. So the problems were known prior to Stone filing his complaint. Now that's known... Mr. Stone could come in and accuse them of something that has nothing to do with anything they've ever done. The government then, four years later, could come in and charge them with something different by intervening. And somehow they can't recover all those costs, even if it had nothing to do with anything that was... false claims, because that was what Stone pled. He pled false claims involving environmental activities, including the concrete, the salt creek, and those are the issues that then went forward. The specific cause of the spill, I mean, he thought it was defective piping. He was wrong. That's not correct. But there was instable, insolid pond creek blocks that were alleged. As I said, there was a spill in May of 1988, and that's noted in one of the board's opinions. I think it's also in the Supreme Court decision, but I've gone over my time, I think. That's fine. We've asked you a lot of questions. Thank you. And we thank both counsel. Case is submitted.